**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                              (State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Yieldbot, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8 0 - 0 6 6 4 4 6 2
   EIN

5. **Debtor's address**

   **Principal place of business**

   902 Broadway
   Number    Street

   New York            NY      10010
   City                State   ZIP Code

   New York
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City                State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor    Yieldbot, Inc.
          Name                                              Case number (if known)_____

6. **Debtor's website** (URL)    http://www.yieldbot.com/

7. **Type of debtor**
   - [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [X] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [X] No
   - [ ] Yes. Debtor _____  Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                 MM / DD / YYYY

        Debtor _____  Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                 MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - [X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [X] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [X] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor   Yieldbot, Inc.                                          Case number (if known) _____
         Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | PulsePoint, Inc. | Services Provided | $ 1,478,828.85 |
| | wikiHow, Inc. | Services Provided | $ 48,722.29 |
| | See attached addendum | See attached addendum | $ |
| | | Total of petitioners' claims | $ 2,283,513.67 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4:  Request for Relief

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

PulsePoint, Inc.
Name

360 Madison Avenue
Number   Street

New York          NY         10017
City              State      ZIP Code

Name and mailing address of petitioner's representative, if any

Mitchell Eisenberg
Name

360 Madison Avenue
Number   Street

New York          NY         10017
City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/18/19
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Darren Azman
Printed name

McDermott Will & Emery LLP
Firm name, if any

340 Madison Avenue
Number   Street

New York          NY         10173
City              State      ZIP Code

Contact phone  (212) 547-5615    Email  dazman@mwe.com

Bar number  4911673

State   New York

X _____
Signature of attorney

Date signed  3/18/19
             MM / DD / YYYY

Debtor  Yieldbot, Inc.
      Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name  wikiHow, Inc.

Number  Street  530 Lytton Ave., Second Floor

City  Palo Alto    State  CA    ZIP Code  94301

**Name and mailing address of petitioner's representative, if any**

Name  Chris Hadley

Number  Street  530 Lytton Ave., Second Floor

City  Palo Alto    State  CA    ZIP Code  94301

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/18/2019
      MM / DD / YYYY

✘ *Chris Hadley*  Vice President of Operations
Signature of petitioner or representative, including representative's title
DocuSigned by:
A555B7E5242242D...

Printed name  Darren Azman

Firm name, if any  McDermott Will & Emery LLP

Number  Street  340 Madison Avenue

City  New York    State _____ ZIP Code _____

Contact phone  (212) 547-5615    Email  dazman@mwe.com

Bar number  4911673

State  New York

✘ _____
Signature of attorney

Date signed  3/18/19
      MM / DD / YYYY

---

Yieldbot, Inc.                                              Involuntary Petition Against a Non-Individual
                                                                                                                                             Additional Sheet

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the Claim Above the Value of Any Lien |
|---|---|---|
| Everyday Health Media, LLC | Services Provided | $368,032.27 |
| Slader, LLC | Services Provided | $273,924.90 |
| PBH Network Inc. | Services Provided | $79,295.50 |
| Integral Ad Science, Inc. | Services Provided | $34,709.86 |

Yieldbot, Inc.                                Involuntary Petition Against a Non-Individual
                                                                                                                 Additional Sheet

| Name and Mailing Address of Petitioner | Attorney |
|---|---|
| Everyday Health Media, LLC<br>PO Box 347351<br>Pittsburgh, PA 15251-4351 | Darren Azman<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173<br>(212) 547-5615<br>dazman@mwe.com<br>Bar Number: 4911673<br>State: New York<br><br>Signature of attorney<br><br>Date Signed: 03/14/2019 |
| **Name and mailing address of petitioner's representative, if any:**<br><br>Jessie Gruber<br>PO Box 347351<br>Pittsburgh, PA 15251-4351<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 03/14/2019<br><br>_____ VP, Programmatic<br>Signature of petitioner or representative, including representative's title | |

Yieldbot, Inc.                                    Involuntary Petition Against a Non-Individual
                                                                            Additional Sheet

| Name and Mailing Address of Petitioner | Attorney |
|---|---|
| Slader, LLC<br>199 Lafayette Street, Ste. 3B<br>New York, NY 10012 | Douglas Mintz<br>Orrick Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 339-8518<br>dmintz@orrick.com<br>492078; Washington D.C.<br>Bar Number: 3059169; New York State:<br><br>Signature of attorney<br><br>Date Signed: 03/18/2019 |
| **Name and mailing address of petitioner's representative, if any:**<br><br>Scott Kolb<br>199 Lafayette Street, Ste. 3B<br>New York, NY 10012<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on: 03/15/2019<br><br><br>Signature of petitioner or representative, including representative's title | |

Yieldbot, Inc.                                   Involuntary Petition Against a Non-Individual
                                                                              Additional Sheet

| Name and Mailing Address of Petitioner | Attorney |
|---|---|
| PBH Network Inc.<br>PO Box 24091<br>Brooklyn, NY 11202-4091 | Darren Azman<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173<br>(212) 547-5615<br>dazman@mwe.com<br>Bar Number: 4911673<br>State: New York<br><br>_____<br>Signature of attorney<br><br>Date Signed: 03/18/2019 |
| **Name and mailing address of petitioner's representative, if any:**<br><br>Alexander Baldwin<br>PO Box 24091<br>Brooklyn, NY 11202-4091<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on: 03/14/2019<br><br>_____, President<br>Signature of petitioner or representative, including representative's title | |

Yieldbot, Inc.                                          Involuntary Petition Against a Non-Individual
                                                                                 Additional Sheet

| Name and Mailing Address of Petitioner | Attorney |
|---|---|
| Integral Ad Science, Inc.<br>95 Morton Street, 8th Floor<br>New York, NY 10014 | Darren Azman<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173<br>(212) 547-5615<br>dazman@mwe.com<br>Bar Number: 4911673<br>State: New York<br><br>Signature of attorney<br><br>Date Signed: 03/18/2019 |
| **Name and mailing address of petitioner's representative, if any:**<br><br>Micah Nessan<br>95 Morton Street, 8th Floor<br>New York, NY 10014<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on: 03/18/2019<br><br>Signature of petitioner or representative, including representative's title | |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| YIELDBOT, INC. | ) | Case No. 19-_____ |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

### CORPORATE OWNERSHIP STATEMENT

I, Mitchell Eisenberg, General Counsel of PulsePoint, Inc., named as the Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 1010(b) that the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in PulsePoint, Inc.:

PulsePoint Holdings LLC

Dated: March 13, 2019            By: _____
                                        Mitchell Eisenberg

**Yieldbot, Inc. (PulsePoint, Inc.) CORPORATE OWNERSHIP STATEMENT**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| YIELDBOT, INC. | ) | Case No. 19-_____ |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

### CORPORATE OWNERSHIP STATEMENT

    I, Chris Hadley, Vice President of Operation of wikiHow, Inc., named as the Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 1010(b) that no corporation directly or indirectly owns 10% or more of any class of wikiHow, Inc.'s equity interests.

Dated:   March 14, 2019                          By:   *Chris Hadley*
                                                                                                                   Chris Hadley

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| YIELDBOT, INC. | ) | Case No. 19-_____ |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

I, George Wukoson, Senior Corporate Counsel of Everyday Health Media, LLC, named as the Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 1010(b) that the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in Everyday Health Media, LLC:

Ziff Davis, LLC, a wholly-owned subsidiary of j2 Global, Inc., a publicly-held corporation.

Dated:    March 13, 2019                    By: _____
                                                George Wukoson

**Yieldbot, Inc. (Everyday Health Media, LLC) CORPORATE OWNERSHIP STATEMENT**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| YIELDBOT, INC. | ) ) | Case No. 19-_____ |
|  Alleged Debtor. | ) ) ) |  |

**CORPORATE OWNERSHIP STATEMENT**

    I, Scott Kolb, an Officer of Slader, LLC, named as the Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 1010(b) that the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in Slader, LLC:

Gerrity Group, LLC

Dated: March 15, 2019    By: _____
                                                        Scott Kolb

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| YIELDBOT, INC. | ) | Case No. 19-_____ |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**

    I, Alexander Baldwin, President of PBH Network Inc., named as the Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 1010(b) that no corporation directly or indirectly owns 10% or more of any class of PBH Network Inc.'s equity interests.

Dated:  March 14, 2019          By: _____
                                   Alexander Baldwin

**Yieldbot, Inc. (PBH Network Inc.) CORPORATE OWNERSHIP STATEMENT**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| YIELDBOT, INC. | ) ) | Case No. 19-_____ |
| Alleged Debtor. | ) ) ) | |

**CORPORATE OWNERSHIP STATEMENT**

I, Micah Nessan, General Counsel of Integral Ad Science, Inc., named as the Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 1010(b) that the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in Integral Ad Science, Inc.:

Vista Equity Partners Fund VI, L.P.
Vista Equity Partners Fund VI-A, L.P.
Atlas Venture Fund VIII, L.P.

Dated:  March 18, 2019         By: _____
                                   Micah Nessan

**Yieldbot, Inc. (Integral Ad Science, Inc.)** CORPORATE OWNERSHIP STATEMENT